UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
CARLOS PRADO

                                            **AMENDED**
VS                                          **ORDER**
                                            CV 06-1502   (JG)

SUSAN A. CONNELL, SUPT.

------------------------------------------------------X

A hearing will be held in the captioned case on __September 15, 2006 at 9:45 a.m.__

The Warden is to have the petitioner available via telephone to participate at this hearing.

Please call Vivian Klein at 718-613-2455 before the scheduled date to set up the hearing.

                                                   SO ORDERED

                                              s/John Gleeson
                                         JOHN GLEESON, U.S.D.J.

Dated: July 13, 2006
       Brooklyn, New York